# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:21-CV-003-KDB-DCK

| | |
|---|---|
| MOHAMED ERRAMI, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROCK BARN COUNTRY CLUB & SPA, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Extension Of Time To Answer" (Document No. 9) filed May 17, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant's counsel has stated that Defendant has no objection, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Extension Of Time To Answer" (Document No. 9) is **GRANTED**. Plaintiff shall provide responses to Defendant's First Set of Interrogatories and Request for Production of Documents on or before **June 28, 2021**.

**SO ORDERED**.

Signed: May 17, 2021

_____
David C. Keesler
United States Magistrate Judge